IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-14-47-1 |
| | § | |
| CHERYL REED JOHNSON | § | |

## ORDER

Pending before the Court is defendant Johnson's *pro se* motion for reconsideration of the Court's dismissal of her motion for compassionate release. (Docket Entry No. 225.) The Court dismissed defendant's motion for compassionate release on April 30, 2020, for her failure to exhaust. Defendant states in her motion for reconsideration that she has now exhausted her administrative remedies. However, defendant has not submitted copies of her prison compassionate release request and any responses from prison officials, and she has not established exhaustion as required by 18 U.S.C. § 3582(c)(1)(A).

Defendant must file with the Court copies of her documents establishing exhaustion under section 3582(c)(1)(A). If the Court does not receive defendant's documents within twenty-one days from date of this order, the pending motion for reconsideration will be denied.

Signed at Houston, Texas, on June 5, 2020.

Gray H. Miller
Senior United States District Judge